# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 30, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132983(75)(78)

MICHIGAN DEPARTMENT OF
TRANSPORTATION,
       Plaintiff-Appellant,

v

RODNEY TOMKINS and DARCY TOMKINS,
       Defendants-Appellees.

_____

SC: 132983
COA: 256038
Kent CC: 01-007548-CC

On order of the Chief Justice, the motions by Ackerman, Ackerman & Dynowski and the Mackinac Center for Public Policy for leave to file briefs *amicus curiae* are considered and they are GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 30, 2007

_____
Clerk